1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com
   JAMES E. HARPER
3  Nevada Bar No. 009822
   jharper@lawhjc.com
4
                **HALL JAFFE & CLAYTON, LLP**
5                    7425 PEAK DRIVE
                  LAS VEGAS, NEVADA 89128
6                    (702) 316-4111
                   FAX (702)316-4114
7
   Attorneys for Defendant,
8  State Farm Mutual Automobile Insurance Company

9
                    UNITED STATES DISTRICT COURT
10
                          DISTRICT OF NEVADA
11

12  NICOLE BROWN,
                                              CASE NO.: 2:12-cv-01522-JCM-VCF
13              Plaintiff,

14  vs.

15  STATE FARM MUTUAL AUTOMOBILE               **JUDGMENT**
    INSURANCE COMPANY, a Foreign
16  Corporation; AMERICAN FAMILY
    MUTUAL INSURANCE COMPANY, a
17  Foreign Corporation; DOES 1 through 10;
    ROE ENTITIES 11 through 20, inclusive
18  jointly and severally,

19              Defendants.

20

21       On June 6, 2014, this Court entered its Order on defendant State Farm Mutual Automobile

22  Insurance Company's motion for summary judgment. (Doc. # 34.)  Consistent with the Court's Order of

23  June 6, 2014, IT IS ORDERED AND ADJUDGED THAT:

24       JUDGMENT SHALL BE ENTERED against Plaintiff Nicole Brown and for State Farm Mutual

25  Automobile Insurance Company on Plaintiff Nicole Brown's first cause of action and only remaining

26  cause of action alleged against State Farm Mutual Automobile Insurance Company, in accordance with

27  the Court's June 6, 2014 Order; and

28       Plaintiff Nicole Brown shall recover nothing against State Farm Mutual Automobile Insurance

...

1  Company, in accordance with the Court's June 6, 2014 Order.

   DATED June 18, 2014.

```
                                    /s/ James C. Mahan
                                    _____
                                    JAMES C. MAHAN
                                    UNITED STATES DISTRICT COURT
```

Submitted by:

   /s/ *James E. Harper*
James E. Harper, Esq.
Nevada Bar No. 009822
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
Attorneys for Defendant, State Farm
Mutual Automobile Insurance Co.

Approved as to form:

   /s/ *Samantha Martin*
Samantha Martin, Esq.
Nevada Bar No. 012998
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas NV 89101
Attorneys for Plaintiff, Nicole Brown

AND

   /s/ *Robert W. Freeman, Jr.*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
LEWIS BRISBOIS BISGAARD & SMITH, LLP
6385 South Rainbow Boulevard, suite 600
Las Vegas NV 89118
Attorneys for Defendant, American Family
Mutual Insurance Company